THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | DOUGLAS PELZER ) | CASE NO.: 11-81286-JAC-13 | |
| | XXX-XX-5131 ) | | |
| | ) | CHAPTER: 13 | |
| | ) | | |
| | DEBTOR. ) | | |

## OBJECTION TO PROOF OF CLAIM AND
## NOTICE OF OPPORTUNITY FOR HEARING

**COME NOW** the above-named Debtor, Douglas Pelzer by and through his attorney of record, Jeffrey B. Irby, and objects to the Claim number 1,4,10,13,18,19, 20 and 21 would show unto the Court as follows:

1. Debtor was previously in a joint Chapter 13 with his wife, Windy Pelzer. Windy Pelzer filed a Motion to sever said Chapter and the Motion was granted by this Court on October 7, 2014.

2. Debtor objects to the following unsecured claims on the basis that his ex-wife Windy Pelzer is solely responsible for said debts.

| Creditor | Court Claim # | Date Filed | Amount |
|---|---|---|---|
| RJM Acquisitions LLC<br>575 Underhill Blvd Ste 224<br>Syosset, NY 11791 | 1 | 4/7/2011 | $75.94 |
| Midland Credit Management<br>8875 Aero Drive, Ste 200<br>San Diego, CA 92123 | 4 | 4/11/2011 | $2532.78 |
| World Financial Network<br>Quantum3 Group LLC<br>Po Box 788<br>Kirkland, WA 98083-0788 | 10 | 5/25/2011 | $81.99 |
| Candica LLC<br>c/o Weinstein & Riley PS<br>2001 Western Ave Ste 400<br>Seattle, WA 98121 | 13 | 5/26/2011 | $728.19 |
| HSBC Bank Nevada<br>c/o PRA Receivable Management<br>Po Box 12907<br>Norfolk, VA 23541 | 18 | 6/30/2011 | $320.46 |
| ECMC<br>Po Box 75906<br>St Paul, MN 55175 | 19 | 7/18/2011 | $29457.47 |

| | | | |
|---|---|---|---|
| Huntsville Hospital<br>c/o Franklin Collection<br>Po Box 3910<br>Tupelo, MS 38803 | 20 | 7/26/2011 | $266.82 |
| Huntsville Emergency Physician<br>c/o Franklin Collections<br>Po Box 3910<br>Tupelo, MS 38803 | 21 | 7/26/2011 | $207.11 |

**WHEREFORE**, Debtor moves this Court to disallow the balance of the aforesaid Claims in this case on the basis that Debtor is not personally liable for said debts.

NO HEARING WILL BE CONDUCTED ON THIS OBJECTION UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE U.S. BANKRUPTCY COURT AND A COPY IS SERVED ON THE PARTY FILING THIS OBJECTION AND THE CHAPTER 13 STANDING TRUSTEE WITHIN 30 DAYS FROM THE DATE OF SERVICE HEREOF, UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH REQUEST FOR A HEARING.  IF NO RESPONSE IS TIMELY SERVED AND FILED, THE OBJECTION TO PROOF OF CLAIM AS TO INTEREST SHALL BE DEEMED TO BE UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.  IF A RESPONSE IS FILED AND SERVED IN A TIMELY MANNER, IT WILL BE SET FOR HEARING BEFORE THE JUDGE ON THE 1st DAY OF DECEMBER 2014, AT 9:01 a.m. AT THE FEDERAL COURTHOUSE IN DECATUR, ALABAMA.

<u>/s/: Jeffrey B. Irby</u>
Jeffrey B. Irby
Attorney for the Debtor
JEFFREY B. IRBY, P.C.
229 East Side Square
Huntsville, AL 35801
Phone: (256) 517-1505

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Debtor's Objection to Claim to the parties listed below by placing a copy of same in the United States mail, properly addressed, first class postage prepaid to Mike Ford, Chapter 13 Trustee, and the below listed parties on this the 22nd day of October 2014.

RJM Acquisitions LLC
Attn: Eileen Graham
575 Underhill Blvd Ste 224
Syosset, NY 11791

Jefferson Capital Systems
Attn: Amy Payment
Po Box 799
St Cloud, MN 56302-9617

Midland Credit Management
Attn: Blair Korschun
8875 Aero Drive, Ste 200
San Diego, CA 92123

World Financial Network
Quantum3 Group LLC
Attn: Dharminder S Sandhu
Po Box 788
Kirkland, WA 98083-0788

Candica LLC
c/o Weinstein & Riley PS
Attn: Richard S Ralston
2001 Western Ave Ste 400
Seattle, WA 98121

Vanda, LLC
c/o Weinstein & Riley PS
Attn: Daniel Ross
2001 Western Ave Ste 400
Seattle, WA 98121

HSBC Bank Nevada
c/o PRA Receivable Management
Attn: Carol E. Hardy
Po Box 12907
Norfolk, VA 23541

HSBC Bank Nevada
c/o PRA Receivable Management
Attn: Dolores Garcia
Po Box 41067
Norfolk, VA 23541

ECMC
Attn: Leigh Thao
Po Box 75906
St Paul, MN 55175

ECMC
Att: Marlo Jackson
Po Box 16408
St Paul, MN 55116-0408

Franklin Collection
Attn: Laura Richardson
Po Box 3910
Tupelo, MS 38803

Windy Pelzer
90 Co Rd 1444
Vinemont, AL 35179-7600

        /s/: Jeffrey B. Irby
        Jeffrey B. Irby